OPINION — AG — THE PROVISIONS OF ARTICLE XXIII, SECTION 10
OKLAHOMA CONSTITUTION PROHIBIT INCREASES IN THE PERCENTAGE OF CONTRIBUTIONS INTO RETIREMENT FUNDS, INSURANCE PREMIUMS OR SOCIAL SECURITY PAYMENTS ON BEHALF OF PUBLIC OFFICIALS AS DEFINED THEREIN DURING THE TERM OF OFFICE OF SAID PUBLIC OFFICIAL, UNLESS PROVIDED FOR BY OPERATION OF LAW ENACTED PRIOR TO THE ELECTION OR APPOINTMENT OF SAID PUBLIC OFFICIAL. (JOHNNY J. AKINS)